# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

BEEPER VIBES, INC.,

    Plaintiff,

vs.

SIMON PROPERTY GROUP, INC., *et al.,*

    Defendants.

Case No. 3:10-cv-473

Judge Timothy S. Black

## AMENDED CALENDAR ORDER

This case came before the Court for a status conference by telephone on May 22, 2012 at 12:00 p.m. Attorneys Richard Reiling, Albert Lucas, and Ronald McMillian participated. For good cause shown, the joint motion for extension of the case management schedule (Doc. 22) is **GRANTED**. The Court enters the following Amended Calendar Order:

| | |
|---|---|
| Discovery deadline: | **September 11, 2012** |
| Dispositive motion deadline: | **October 10, 2012** |
| Status conference by telephone parties shall call into 1-888-684-8852:[1] | **November 13, 2012 at 10:45 a.m.** |
| Final pretrial conference in Dayton Chambers, Room 902: | **January 31, 2013 at 11:00 a.m.** |
| Jury Trial: | **February 11, 2013 at 9:30 a.m.** |

**IT IS SO ORDERED**.

Date:   5/22/2012

    *s/ Timothy S. Black*
    Timothy S. Black
    United States District Judge

---

[1] Access code: 8411435; Security code: 123456.