UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**BEEPER VIBES, INC.,**   Case No. 3:10-CV-473

    Plaintiff,   **Judge Timothy S. Black**

**-vs-**

**SIMON PROPERTY GROUP, INC.,** *et al.,*

    Defendants.

---

**JUDGMENT IN A CIVIL CASE**

---

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Court **ORDERS** that Counterclaimants are entitled to judgment in their favor and against Beeper Vibes as follows:

(1) For the Coral lease, judgment in the amount of $141,549.41; and

(2) For the Keystone lease, judgment in the amount of $36,500.00; and

(3) For the Sunrise lease, judgment in the amount of $18,635.08.

Date: 11/5/13   **JOHN P. HEHMAN, CLERK**

    By: *s/ M. Rogers*
    Deputy Clerk